ACCEPTED
12-14-00335-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/3/2015 9:43:37 AM
CATHY LUSK
CLERK

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/3/2015 9:43:37 AM
CATHY S. LUSK
Clerk

July 03, 2015

Twelfth Court of Appeals
1517 W Front St Ste 354
Tyler TX 75702-7854

**Re: Donnie Dale Carr**
    **12-14-00335-CR**

To The Honorable Clerk of the Court:

Please find enclosed a copy of the letter sent to my client regarding his right to file a PDR along with a copy of the certified return receipt showing the mailing of the same.

Sincerely,

/s/Austin Reeve Jackson

July 02, 2015

Donnie Dale Carr
Inmate 01960656
Clements Unit
9601 Spur 591
Amarillo, TX 77328

**Re: Opinion**

Mr. Carr:

Please find enclosed a copy of opinion issued by the Court of Appeals in your case. The Court has affirmed your conviction.

Should you desire to do so, you do have the right to file a *pro se* Petition for Discretionary Review in the Court of Criminal Appeals. If you decide to pursue that option you must file your petition prior to the expiration of thirty days from the date of the court's opinion.

I would be happy to address any questions or concerns you have if you will simply let me know.

Sincerely,

Austin Reeve Jackson

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)         $ _____
- ☐ Return Receipt (electronic)       $ _____
- ☐ Certified Mail Restricted Delivery $ _____
- ☐ Adult Signature Required          $ _____
- ☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

JUL 03 2015

Postage

$

Total Postage and Fees

$

Sent To  Donnie Carr  # 1960456

Street and Apt. No., or PO Box No.  Clements Unit 9601 Spur 591

City, State, ZIP+4®  Amarillo TX 79107

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions